**MINUTE ENTRY**
**AFRICK, J.**
**February 28, 2012**
**JS-10 00:15**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOLLIS PACE** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-1791** |
| **WEEKS MARINE, INC., ET AL.** | **SECTION I** |

A status conference was held on this date with counsel for all parties participating. The parties discussed Atlantic Sounding Co., Inc.'s desire to file a motion for summary judgment. Plaintiff had no opposition to dismissal without prejudice of the claims for punitive damages raised in connection with his maintenance and cure cause of action. With respect to the *McCorpen* issue, the Court advised defendant that it would be permitted to file its motion for summary judgment after the parties have had an opportunity to conduct additional discovery as to that defense. The Court further advised the parties that the trial date in this matter would be continued due to the recent addition of new parties and to accommodate plaintiff's continuing medical treatment.

The parties also discussed defendants' motion for review of the U.S. Magistrate Judge's denial of the protective order sought by defendants with respect to certain video surveillance evidence. Defendants argued that the U.S. Magistrate Judge misinterpreted their good cause argument and the law on the issue of whether the surveillance evidence should be produced prior to plaintiff's deposition. Federal Rule of Civil Procedure 72(a) permits the Court to review a magistrate judge's order on non-dispositive pretrial matters if a party objects within fourteen days after service of the order. The Court may reverse only upon a finding that the order is "clearly

erroneous or is contrary to law." *Id.* This Court has previously held that "a motion to review is appropriate when a magistrate judge has obviously misapprehended a party's position, the facts, or the applicable law, or when the party produces new evidence that could not have been obtained through the exercise of due diligence." *Hunter v. Copeland,* No. 03–2584, 2004 WL 1562832, at *1 (E.D. La. July 12, 2004) (Berrigan, J.). This Court does not find that the U.S. Magistrate Judge clearly erred in ordering that the requested surveillance tape be disclosed before plaintiff's deposition.

Accordingly,

**IT IS ORDERED** that plaintiff's punitive damages claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the U.S. Magistrate Judge's denial of the protective order sought by defendants with respect to the video surveillance evidence is **AFFIRMED**.

**IT IS FURTHER ORDERED** that defendants have permission to file a timely motion for summary judgment after the parties have had an opportunity to conduct additional discovery.

**IT IS FURTHER ORDERED** that the unopposed motion[1] to continue is **GRANTED.** All unexpired dates and deadlines will be rescheduled via a scheduling conference with this Court's courtroom deputy.

New Orleans, Louisiana, February 28, 2012.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 30.