**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HOLLIS PACE** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-1791** |
| **ATLANTIC SOUNDING CO., INC.**<br>**WEEKS MARINES, INC.** | **SECTION "I"** |

## JUDGMENT

This matter came before this Court for trial on August 12, 2013.  A jury verdict was rendered on August 15, 2013, in favor of plaintiff, Hollis Pace, and against defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc.  Considering the verdict of the jury,

**IT IS ORDERED** that judgment be entered in favor of plaintiff, Hollis Pace, and against defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., in the amount of $30,000, plus interest, and costs.

New Orleans, Louisiana, August 16, 2013.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**